IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 14-0066 |
| ) | |
| vs. ) | |
| ) | |
| MARK SWANSON, ) | |
| ) | |
| Defendant. ) | |

**<u>PRELIMINARY ORDER OF FORFEITURE</u>**

WHEREAS, on October 6, 2014, defendant pled guilty to Count 1 of the Indictment, for which the Government sought forfeiture pursuant to 21 U.S.C. § 853, in the form of a money judgment in the amount of $35,000[1], representing property constituting, or derived from, proceeds traceable to violations of Title 21, United States Code, Sections 841 and 846.

AND WHEREAS, pursuant to Rules 32.2(b)(2) and 32.2(c)(1), since this forfeiture consists solely of a money judgment against Mark Swanson, no ancillary proceeding is required;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to Federal Rule of Criminal Procedure 32.2 and Title 21, United States Code, Section 853, the sum of thirty-five thousand dollars ($35,000) in United States currency is hereby condemned and forfeited to the United States of America and all right, title,

---

[1] The Indictment sought a money judgment for $40,000 representing the amount of drug proceeds obtained by defendant. The parties have agreed to a money judgment of $35,000.

1

and interest in such property are hereby forever removed, discharged, condemned, and forfeited to the United States of America and shall be disposed of according to law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to Title 21, United States Code, Section 853(p), and Rule 32.2 of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture, the Court hereby authorizes the Attorney General or his designated representative to conduct discovery, to identify or locate the property subject to forfeiture, and to seize the property ordered forfeited upon such terms and conditions as set forth by the Court; including any substitute assets, and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, the money judgment against defendant shall become final at sentencing pursuant to Rule 32.2(b)(4)(A);

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the United States Department of Justice, United States Marshals Service, shall dispose of any forfeited property in accordance with the law; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this judgment against Mark Swanson, if not paid in full prior to sentencing, shall be recorded in the records of the County Recorder's Office in the county of the defendant's residence and any and all other counties in which the defendant has either real or personal property as a lien thereon in the amount of thirty-five thousand dollars ($35,000); and

IT IS FURTHER ORDERED, ADJUDGED and DECREED upon payment of the judgment in full, that the United States shall file a Satisfaction of Judgment with the District Court and the appropriate Recorder of the County in which any abstract of judgment has been filed; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this Order is in continuing and full effect until payment of the thirty-five thousand dollars ($35,000) is made in full.

**DATED** this 8th day of October, 2014.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA