IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 14-66-LRR |
| ) | |
| vs. ) | |
| ) | |
| MARK SWANSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER DIRECTING CLERK OF COURT TO ISSUE CHECK

Based upon the United States' Motion requesting that the Court order the Clerk of Court to issue a check filed on January 26, 2015;

IT IS HEREBY ORDERED:

That the U.S. Clerk of Court shall issue a $15,000 check made payable to the U.S. Marshals Service to cover the remaining balance on defendant's forfeiture money judgment to replace the check for $15,000 received from Deborah Drayton, check #1016, dated January 6, 2015, made payable to the Clerk of Court. Said check should be delivered to Assistant United States Attorney Martin J. McLaughlin.

DATED this 26th day of January, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA