IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. CR 14-0066 |
| vs. ) | |
| MARK SWANSON, ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 9, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based upon defendant's guilty plea to Count 1 of the Indictment, and in which defendant consented to the entry of a forfeiture money judgment of $35,000, which represents the amount agreed upon by the parties representing proceeds defendant obtained from his illegal activities as alleged in the Forfeiture Allegation of the July 8, 2014, Indictment;

AND WHEREAS, pursuant to Rules 32.2(b)(2) and 32.2(c)(1), no notice or ancillary hearing is required since the forfeiture consists solely of a personal money judgment against defendant;

AND WHEREAS, defendant was sentenced on January 7, 2015, and defendant's interest concerning forfeiture was orally pronounced;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the hereinafter described property, of the defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law:

> **$35,000 in proceeds entered as a money judgment against defendant.**[1]

2. That the forfeited funds, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshal into the Department of Justice Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal.

DATED this 27th day of January, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

---

[1] The $35,000 (money judgment) has been satisfied in full pursuant to a second payment of $15,000 received on or about January 7, 2015, and as indicated by a Satisfaction of Forfeiture Money Judgment filed by the Government on January 27, 2015.