# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MARK SWANSON,<br><br>  Defendant. | No. CR14-0066-LRR<br><br>**ORDER** |

---

This matter comes before the court on the government's motion to reduce term of imprisonment to time served pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (docket no. 57). The government filed such motion on August 25, 2015. Given the government's statements on behalf of the Director of the Federal Bureau of Prisons and the defendant's medical records, the court finds that extraordinary and compelling reasons exist and, therefore, it is appropriate to grant the requested relief. Accordingly, the government's motion to reduce term of imprisonment to time served pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (docket no. 57) is granted.

The defendant's 24 month term of imprisonment, as reflected in the judgment dated January 7, 2015, is reduced to time served. The Federal Bureau of Prisons is directed to take appropriate steps to release the defendant to his wife in Breckenridge, Colorado as soon as his medical condition permits and travel arrangements can be made. Upon being released from custody, the defendant is directed to expeditiously report to the United States Probation Office for the District of Colorado so it can facilitate the release plan that it has put in place. The defendant is directed to begin serving the three-year term of supervised release that the court previously ordered. The clerk's office is directed to send and fax or

email a copy of this order to the Federal Bureau of Prisons, that is, the place where the defendant, USM No. 40547-013, is currently incarcerated.

**IT IS SO ORDERED**.

**DATED** this 14th day of September, 2015.

_[signature]_
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA